UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


CHARLES GRITT, et al.            )
                                 )
v.                               )  Civil Action No. 2:09-0067
                                 )  Magistrate Judge Knowles
COACHMEN INDUSTRIES, INC, et al.)


                        O R D E R


        The Case Management Conference scheduled for Tuesday,

September 12, 2011, at 10:30 a.m. before the undersigned is

CANCELLED.  This file shall be returned to Judge Haynes.  Absent

further orders, there will be no further proceedings before the

Magistrate Judge.

        IT IS SO ORDERED.


                            _____
                            E. CLIFTON KNOWLES
                            United States Magistrate Judge